TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00152-CV

Peggy Smith and the Amarillo Federation of Teachers, Appellants

v.

Texas Education Agency, Commissioner of Education Jim Nelson and 

Amarillo Independent School District, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. GN002042, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed an unopposed motion to dismiss their appeal. The motion is
granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2). 

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellants' Motion

Filed: June 14, 2001

Do Not Publish